HOWARD and Wife *v.* PATTERSON's Administrator.

No motion below to set aside a judgment, taken by default, and the case is therefore improperly here.

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—This was an action by the appellee, who was the plaintiff, against *Cameron Howard*, and *Jane Howard*, his wife, to foreclose a mortgage. The record shows, that at the *October* term of said Court, being the 45th judicial day of said term, the defendants—the present appellants—having been duly served with process, were called and defaulted, and judgment by default regularly entered against them. But the record fails to show that any motion was made in the lower Court to set aside the default; and the result is, the cause is not properly before this Court.

The judgment is affirmed, with 5 per cent. damages and costs.

*Huff & Jones*, for the appellants.

---

SPOTTS *v.* TRISDELL.

APPEAL from the *Fulton* Common Pleas.

*Per Curiam.*—Judgment by default; no motion in the Court below. The appeal is dismissed, with costs.